IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NATIONAL FIRE INSURANCE COMPANY | § | |
| OF HARTFORD as successor by merger with | § | |
| Transcontinental Insurance Company, | § | |
| | § | |
| Plaintiff | § | Civil Action No. A08CA 259 SS |
| | § | |
| v. | § | |
| | § | |
| JOURNEYMAN CONSTRUCTION, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NATIONAL FIRE INSURANCE COMPANY OF HARTFORD'S
## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Plaintiff, National Fire Insurance Company of Hartford, as successor by merger with

Transcontinental Insurance Company ("National Fire"), files its Notice of Dismissal Without

Prejudice of Defendant Journeyman Construction, Inc. ("Journeyman"), and states as follows:

1.      Pursuant to Fed. R. Civ. P. 41(a)(1)(i), National Fire hereby dismisses this action

against Journeyman without prejudice, as National Fire no longer desires to prosecute it claims

against Journeyman at this time.

2.      Journeyman has not filed an answer or a motion for summary judgment in this

action.

3.      National Fire intends by the filing of the Notice to dismiss Journeyman from the

instant case without prejudice to the re-filing thereof, with each party to bear its own costs and

attorney's fees.

WHEREFORE, Plaintiff National Fire Insurance Company of Hartford, as successor by

merger with Transcontinental Insurance Company, exercises its right to voluntarily dismiss

without prejudice its case against Journeyman Construction, Inc. as asserted in the above-

captioned and styled lawsuit.

Respectfully submitted,

_____
Claudia K. Frey
State Bar No. 00790719
Colliau Elenius Murphy Carluccio Keener &
Morrow
Plaza of the Americas
600 N. Pearl Street, Suite 1400
Dallas, Texas 75201
(214) 220-5900
(214) 220-5902 Facsimile

**ATTORNEYS FOR PLAINTIFF NATIONAL
FIRE INSURANCE COMPANY OF HARTFORD  AS
SUCCESSOR BY MERGER WITH
TRANSCONTINENTAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of National Fire Insurance Company of Hartford's Notice of Dismissal Without Prejudice has been served on counsel for Defendant Journeyman Construction, Inc. via U.S. Mail on this the 26th day of June, 2008.

Patrick J. Wielinski
Cokinos Bosien & Young
2221 East Lamar, Suite 750
Arlington, TX 76006

_____
Claudia K. Frey