IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



NATIONAL FIRE INSURANCE COMPANY OF
HARTFORD,
        **Plaintiff,**

-vs-                                                Case No. A-08-CA-259-SS

JOURNEYMAN CONSTRUCTION, INC.,
        **Defendant.**

## ORDER OF DISMISSAL

BE IT REMEMBERED on this the 7th day of July 2008 there was presented to the Court the Notice of Dismissal filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Notice of Dismissal is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice.

SIGNED this the 7th day of July 2008.

                                                  Sam Sparks
                                                UNITED STATES DISTRICT JUDGE